IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02477-GPG

TONY FRIENDS JR.,

    Applicant,

v.

DEBORAH DENHAM, Warden, FCI Englewood,

    Respondent.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that a waiver of exhaustion is proper and this case does not appear to be appropriate for summary dismissal. This case, therefore, will be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that all pending motions are denied as moot. It is

FURTHER ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED February 1, 2015, at Denver, Colorado.

                                                    BY THE COURT:

                                                    S/ Gordon P. Gallagher
                                                    United States Magistrate Judge